IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Property Tax

JOSEPH W. ANGEL,                      )
                                      )
            Plaintiff,                )      TC-MD 130192N
                                      )
      v.                              )
                                      )
MULTNOMAH COUNTY ASSESSOR             )
and MULTNOMAH COUNTY BOARD            )
OF PROPERTY TAX APPEALS,              )
                                      )
            Defendants.               )      **FINAL DECISION OF DISMISSAL**

This Final Decision of Dismissal incorporates without change the court's Decision of

Dismissal entered December 1, 2014. The court did not receive a request for an award of costs

and disbursements within 14 days after its Decision of Dismissal was entered. *See* TCR-MD 19.

This matter is before the court on Plaintiff's Response to Order Reactivating Case filed

November 24, 2014, in which Plaintiff requested that this appeal be "dismissed as moot."

Plaintiff states that "[t]he instant case is now moot following the ruling, favorable to Plaintiff, in

*Angel v. Assessor*, TC No. 5126 (the 'Regular Division Action'). The instant case is moot

because, in paragraph 3 of the judgment in the Regular Division Action [], the special assessment

in question was reinstated for the intervening tax years, including the tax year(s) at issue in this

action." (Ptf's Resp at 1.) As of the date of this Decision of Dismissal, Defendants have not

filed a response to Plaintiff's request for dismissal. Having considered the matter, the court finds

that Plaintiff's request for dismissal should be granted. Now, therefore,

/ / /

/ / /

/ / /

IT IS THE DECISION OF THIS COURT that this matter be dismissed.

Dated this ___ day of December 2014.

_____
ALLISON R. BOOMER
MAGISTRATE

*If you want to appeal this Final Decision of Dismissal, file a Complaint in the Regular Division of the Oregon Tax Court, by <u>mailing</u> to: 1163 State Street, Salem, OR 97301-2563; or by <u>hand delivery</u> to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your Complaint must be submitted within <u>60</u> days after the date of the Final Decision of Dismissal or this Final Decision of Dismissal cannot be changed.*

*This Final Decision of Dismissal was signed by Magistrate Allison R. Boomer on December 18, 2014. The Court filed and entered this Final Decision of Dismissal on December 18, 2014.*